

**Brownstein Hyatt Farber Schreck, LLP**
202.296.7353 main
1155 F Street NW, Suite 1200
Washington, DC 20004

July 1, 2022

Sohil Khurana
Policy Advisor and Associate
202.383.5919 direct
skhurana@bhfs.com

**EXPEDITED PROCESSING REQUESTED**

United States Department of Treasury
Financial Crimes Enforcement Network
Disclosure (FOIA) Office
P.O. Box 39
Vienna, VA 22183

Re: Freedom of Information Act Request Letter

Dear Mr. Law:

This is a request under the Freedom of Information Act. 5 U.S.C. § 552, *et seq*.

Expedited Processing: I ask that my request receive expedited processing because a compelling need for the requested information exists in accordance with applicable law and regulations. On July 16, 2021, federal prosecutors with the Eastern District of New York filed an initial seven-count indictment against Thomas J. Barrack and other co-defendants, in which federal prosecutors alleged, among other things, that Mr. Barrack acted as an unregistered agent of a foreign government without prior notification to the Attorney General of the United States in accordance with 18 U.S.C. § 951(a). Mr. Barrack's case is scheduled to commence trial on September 7, 2022. The information requested under this FOIA request has a strong likelihood of constituting exculpatory evidence in connection with Mr. Barrack's upcoming trial. The failure to obtain the requested records on an expedited basis would result in Mr. Barrack's inability to use such information as exculpatory evidence in his upcoming trial. The result of such failure could be a wrongful sentence of imprisonment. Thus, a compelling need exists in that the failure to obtain the requested records on an expedited basis could reasonably be expected to result in a wrongful prison sentence imposed on Mr. Barrack following trial. Accordingly, the close proximity to Mr. Barrack's upcoming trial as well as federal prosecutor's repeated delays in providing exculpatory evidence via the judicial process demonstrate that (1) Mr. Barrack's ability to use exculpatory evidence at trial would be significantly impaired by the failure to immediately process the requests set forth in this FOIA request and (2) the requested information is not otherwise available.

**EXHIBIT 1**

24390358.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on July 1, 2022.

*[signature]*

Sohil Khurana

Requested Records:

I request that a copy of documents containing the following information, within the Department of Treasury Financial Crimes Enforcement Network, including, but not limited to, the Office of Foreign Assets Control, Office of Terrorism and Financial Intelligence, and the Office of International Affairs, from November 1, 2016 to present day, be provided to me:

- Any communication, documents, and/or discussion with or about: Thomas J. Barrack and any variation thereof including but not limited to: Tom Barrack, Barrack, TJB, TB, or Tom B.

- Any discussions about an SF86 form for Thomas J. Barrack.

- Any discussions about a potential job, position, or appointment for Mr. Thomas J. Barrack or Tom Barrack.

- Any discussion about the position of Special Envoy for the Middle East (for any and all specific subcategories).

- Any discussions about a potential position in or for a Latin America related post for Mr. Thomas J. Barrack or Tom Barrack.

- Any communication from any person at the Department of Justice or any outside agency requesting information about Thomas J. Barrack or Tom Barrack from anyone at the Department of Treasury.

- Any communication about any person registered under 18 USC 951 for Qatar, Saudi Arabia, UAE, Iran, Iraq, Afghanistan, Pakistan, Oman, Yemen, Bahrain, Kuwait, Lebanon, Israel, Cyprus, Syria, Egypt, or Libya.

- Any communication about any person registered under the Foreign Agent Registration Act (FARA) for Qatar, Saudi Arabia, UAE, Iran, Iraq, Afghanistan, Pakistan, Oman, Yemen, Bahrain, Kuwait, Lebanon, Israel, Cyprus, Syria, Egypt, or Libya.

For the purpose of determining what, if any, fees may be assessed in connection with the processing of this request, I am requesting the records for commercial use. I agree to pay all necessary costs with respect to this request up to an amount of $1,000. Please contact me if you expect that the costs will exceed such amount.

I request that the information I seek be provided in electronic format.

24390358.1

Please feel free to contact me via (i) email at skhurana@bhfs.com or (ii) telephone at 202-383-5919 if you have any questions or concerns.

Thank you for your prompt consideration of this request.

Sincerely,

Sohil Khurana

24390358.1